AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 6:16-MJ- |
| CARLOS ANASTACIO MARTINEZ-SERNA | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

**FILED**

APR 27 2016

Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 24, 2016 _____ in the county of _____ Smith _____ in the
_____ Eastern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Defendant, violated 8 U.S.C. §§ 1326(a) and (b)(2) by illegally reentering the United States after being deported without applying for or receiving permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Secretary. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michele O'Brien, Deportation Officer, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/27/2016 _____

_____
*Judge's signature*

City and state: _____ Tyler, Texas _____

Honorable John D. Love, U.S. Magistrate Judge
*Printed name and title*