IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| USA | § § | |
| V. | § § | Case No. 6:16-MJ-00060-JDL |
| Carlos Martinez-Serna | § § | |

## ORDER

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, Carlos Martinez-Serna, is held over for a grand jury consideration.

**So ORDERED and SIGNED this 2nd day of May, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE